UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SANTOS CANALES ORTIZ | * | CIVIL ACTION NO. 08-3792 "S" (2) |
| VERSUS | * | JUDGE MARY ANN VIAL LEMMON |
| DILER DIS TERIET, A.S., and/or YAZICI DEMIR CELIK SANAYI VE TURIZM TIERET, A.S.; ARCELOR INTERNATIONAL AMERICA, LLC; AMERICAN SHIPPING & CHARTERING; GREAT CREATION, INC., As Owner of the M/V GREAT CREATIONS, and/or SINOTRANS SHIPPING, LTD.; SVERIGES ANGFARTY'S ASSURANS (THE SWEDISH CLUB) | * * * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \*

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is Ralf Knickrehm and I am Executive Vice President of American Shipping and Chartering Corp. As such, I have personal knowledge of the following:

1. American Shipping and Chartering Corp. was the agent of a charterer of the M/V GREAT CREATION when Santos Canales Ortiz was injured.

2. The stevedore was hired by the importer, Arcelor. American Shipping and Chartering Corp. did not hire the stevedore or authorize the discharge operations.



EXHIBIT
C

3. Although the charterer did not hire the stevedoring company in this instance, it is not uncommon for the charterer to authorize and pay overtime so that the vessel's call at a port can be expedited as the cost of the overtime can be less than the charter hire the charterer is paying the vessel owner for the relevant period.

4. At the request of, and on behalf of, the charterer, we did authorize overtime to be paid to the stevedore in this instance.

I declare under penalty of perjury that the foregoing is true and correct.

Houston, Texas, this 14th day of September 2010.

_____
RALF KNICKREHM

686-07 / 89980